UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACH, INC., a Maryland Corporation, and COACH SERVICES, INC., a Maryland Corporation,<br><br>                  Plaintiffs,<br>vs.<br><br>HIMALAYAN GIFTS, an unknown business entity; RAM RANJIT; an individual; and HANDBAGS at WHOLESALE, an unknown business entity,<br><br>                  Defendants | CASE NO. CV-12-07685-DSF-PJWx<br><br>**ORDER RE CONSENT JUDGMENT INCLUDING A PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF DEFENDANTS HIMALAYAN GIFTS AND RAM RANJIT WITH PREJUDICE** |

Plaintiffs Coach, Inc. and Coach Services, Inc. ("Plaintiffs" or "Coach") and Defendants Himalayan Gifts and Ram Ranjit ("Defendants") having entered into a Settlement Agreement and Mutual Release as to the claims in the above referenced matter, and Defendants having agreed to the terms below, it is **ORDERED, ADJUDGED, and DECREED** that:

    1.    This Court has jurisdiction over the parties to this Judgment and has jurisdiction over the subject matter hereof pursuant to 28 U.S.C. § 1331, 1338.

2. Coach is the worldwide owner of the trademark "COACH" and various composite trademarks and assorted design components (collectively "Coach Marks"). Coach Marks include but are not limited to the following marks:

| Mark | U.S. Registration No(s). | Registration Date |
|---|---|---|
| "COACH" | 751, 493 | 06/25/1963 |
| | 1,071,000 | 08/09/1977 |
| | 2,088,706 | 08/19/1997 |
| | 3,157,972 | 10/17/2006 |
| *Coach est.1941* | 3,413,536 | 04/15/2008 |
| [COACH est. 1941 circular logo] | 3,251,315 | 06/12/2007 |
| [Horse and carriage COACH LEATHERWARE EST. 1941] | 3,441,671 | 06/03/2008 |
| [COACH label] | 2,252,847 | 06/15/1999 |
| | 2,534,429 | 01/29/2002 |
| [COACH label] | 1,309,779 | 12/18/1984 |
| | 2,045,676 | 03/18/1997 |
| | 2,169,808 | 06/30/1998 |
| Signature "C" Logo | 2,592,963 | 07/09/2002 |
| | 2,626,565 | 09/24/2002 |
| | 2,822,318 | 03/16/2004 |
| | 2,832,589 | 04/13/2004 |
| | 2,822,629 | 03/16/2004 |
| | 3,695,290 | 10/13/2009 |

| | | |
|---|---|---|
| Coach "Op Art" Mark | 3,696,470 | 10/13/2009 |
| | 3,012,585 | 11/08/2005 |

3. Plaintiffs have alleged that Defendants' purchase and sale of products that infringe on the Coach Marks constitutes trademark counterfeiting, trademark infringement, trade dress infringement, false designations of origin and false descriptions, federal trademark dilution, trademark dilution under California law, and unfair competition under California law.  Without admitting to liability, Defendants have agreed to all terms set forth herein.

4. Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of this Judgment are hereby permanently restrained and enjoined from infringing on the Coach Marks, either directly or contributorily, in any manner, including but not limited to:

    (a) Manufacturing, importing, purchasing, distributing, advertising, offering for sale, and/or selling any products that bear designs identical, substantially similar, and/or confusingly similar to the Coach Marks;

    (b) Using the Coach Marks or any reproduction, counterfeit, copy, or colorable imitation thereof in connection with the manufacture, importation, distribution, advertisement, offer for sale and/or sale of merchandise;

    (c) Passing off, inducing or enabling others to sell or pass off any products or other items that are not Plaintiffs' genuine merchandise as genuine Coach merchandise;

   (d) Committing any other acts calculated to cause purchasers to believe that Defendants' products are Coach's genuine merchandise unless they are such;

   (e) Shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner items falsely bearing the Coach Marks, or any reproduction, counterfeit, copy, or colorable imitation thereof; and

   (f) Assisting, aiding, or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 4(a) to 4(e) above.

  5. Plaintiffs and Defendants shall bear their own costs associated with this action.

  6. This Judgment shall bind and obligate the parties to the Settlement Agreement and Mutual Release and the Stipulation to Consent Judgment.

  7. The Court retains jurisdiction for the purpose of making any further orders necessary or proper for the construction or modification of this Judgment, the enforcement thereof and the punishment of any violations thereof.  Except as otherwise provided herein, Plaintiffs' claims against Defendant Himalayan Gifts and Ram Ranjit are fully resolved with prejudice.  Plaintiffs' claims against Defendant Handbags at Wholesale remain.

IT IS SO ORDERED

DATED: 6/10/13

_____
Honorable Dale S. Fischer
**United States District Judge**

4